UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

UNITED STATES OF AMERICA )
V. ) No: 14CR189-3
MICHAEL SMITH ) 14CR189-3 TSC
)
)

*Leave to File Granted* [signature] 4/17/2020

## MOTION UNDER 18 USC §3582(c)(1)(A)(i) FOR MODIFICATION OF SENTENCE

Dear Honorable Judge:

COMES NOW the Petitioner Michael Smith Pro Se Respectfully request this Honorable Court for expedited review of his Motion under 18 U.S.C. §3582(c)(1)(A)(i) which is review for extraordinary and/or compelling circumstances

## BACKGROUND

1) On 8-19-2014 Petitioner was charged under 21 U.S.C. §841(A) for Distribution or dispensing crack cocaine.
2) On 10-27-2015 Petitioner was sentenced to 100 months in Federal Prison
3) Petitioner is currently incarcerated at FCI Beckley in Beaver, West Virginia.

(1)



## RELEVANT ISSUES

Petitioners current incarceration warrants consideration for IMMEDIATE RELEASE or HOME MONITORING, due to the worldwide pandemic known as the coronavirus (COVID-19).

At the time of this Motion over ten thousand Americans have (unfortunately) past away. All prisoners are at a heightened risk for death due to the coronavirus. Deaths have already occurred at several Federal Correctional Institutions including FCI Oakdale in Louisiana, FCI Elkton in Ohio and FCI Danbury in Connecticut. Attorney General Barr has issued his third Memorandum to the Director of the Federal Bureau of Prisons stating that non-violent offenders should be released immediately due to COVID-19. The Elderly and those with medical conditions first.

Petitioners charge is non-violent and he has served over 75% of his incarceration term. In a prison environment it is virtually impossible to practice social distancing and other necessary procedures to combat the coronavirus.

(2)

Petitioner now respectfully request time served and IMMEDIATE RELEASE or HOME DETENTION, due to the Coronavirus.

## POST SENTENCING ACCOMPLISHMENTS

While in custody, Petitioner did not sit idle, but utilized his time to further educate himself. Petitioner has taken Forklift, Welding, Criminal Thinking, Job Fair(s), Drug Program (RCEP), DC MORCA, AIDS Awareness, Driver's Education, and many other vocational technical programs and adult education courses offered by the Bureau of Prisons.

Petitioner Smith has also maintained employment while in custody and is now Head Orderly and supervises several other inmates while maintaining cleanliness at his facility. He has maintained a model inmate status and has followed the advice and recommendations of the BOP's Counselors and Case Managers and has matured accordingly. Also Petitioner has outside support and a place to live.

(3)

## CONCLUSION

WHEREFORE, Petitioner Michael Smith Respectfully Request this Honorable Court to make AN Expedited decision AND issue AN ORDER granting him time served And Immediate Release under §3582(c)(1)(A)(i) Extraordinary And Compelling Reasons. The Extraordinary/Compelling reasons is the Worldwide Pandemic known as the Coronavirus COVID-19.

Respectfully Submitted,

X Michael Smith

MICHAEL SMITH
#34639-007
FCI BECKLEY
P.O. BOX 350
Beaver, WV 25813

I declare under penalty of perjury that everything contained herein is true to the best of my knowledge.

4-6-2020
DATE

X Michael Smith
SIGNATURE

(4)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 6th day of the month of APRIL 2020; I mailed one true and correct copy of Motion under § 3582(c)(1)(A)(i) first class postage, prepaid through the Prison Postal Services At FCI Beckley to the following:

U.S. District Court
333 Constitution Ave., NW   Room 1225
Washington, DC 20001

Respectfully Submitted,
x Michael Smith
MICHAEL SMITH
#34639-007
FCI BECKLEY-Medium
P.O. BOX 350
BEAVER, WV 25813